**VAKILI & LEUS, LLP**
Sa'id Vakili, Esq. (SBN: 176322)
vakili@vakili.com
Robert S. Brown, Esq. (SBN: 187845)
rstanfordbrown@gmail.com
3701 Wilshire Boulevard, Suite 1135
Los Angeles, California 90010-2822
**213/380-6010** | Fax: 213/380-6051

*Attorneys for Plaintiff Timothy H. Jones*

LONNIE D. GIAMELA, SBN 228435
E-Mail lgiamela@fisherphillips.com
CAROL A. IBRAHIM, SBN 346902
E-Mail cibrahim@fisherphillips.com
**FISHER & PHILLIPS LLP**
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

*Attorneys for Defendant ADT LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY H. JONES, an Individual, <br><br>Plaintiff, <br><br>v. <br><br>ADT LLC, a Delaware Business Entity; and DOES 1 to 10, Inclusive, <br><br>Defendants. | CASE NO.: 2:21-cv-09202 MWF (PDx) <br><br>(*Removed from Superior Court, Case No. 21STCV38808*) <br><br>**JOINT STIPULATION RE: DISMISSAL** <br><br>Complaint Filed: October 20, 2021 <br>Jury Trial Date: April 25, 2023 |

## JOINT STIPULATION RE: DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Timothy H. Jones ("Plaintiff") and Defendant ADT LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, that pursuant to *Federal Rule of Civil Procedure* Rule 41(a)(1)(A)(ii), the above-captioned action shall be and is hereby dismissed in its entirety, with prejudice, with each party to bear his/its own respective attorneys' fees and costs.

Date: March 10, 2023            **VAKILI & LEUS, LLP**

/s/ *Sa'id Vakili*
Sa'id Vakili, Esq.
Robert S. Brown, Esq.
*Counsel for Plaintiff Timothy Jones*

Date: March 10, 2023            **FISHER & PHILLIPS LLP**

By: /s/ *Lonnie D. Giamela*
LONNIE D. GIAMELA
CAROL A. IBRAHIM
Attorneys for Defendant
ADT LLC

# CERTIFICATE OF SERVICE
*Timothy H. Jones v. ADT LLC, et al.*
*USDC Case No..: 2:21-cv-09202-MWF (PDx)*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Vakili & Leus, LLP, 3701 Wilshire Boulevard, Los Angeles, Suite 1135, Los Angeles, California 90010.

On March 10, 2023, I served the foregoing document described as **JOINT STIPULATION RE: DISMISSAL** on all interested parties in this action at the addresses listed below, as follows:

**FISHER & PHILLIPS LLP**
Lonnie D. Giamela, Esq.
*lgiamela@fisherphillips.com*
Carol A. Ibrahim, Esq.
*cibrahim@fisherphillips.com*
444 South Flower Street, Suite 1500
Los Angeles, California 90071

**213/330-4500** | Fax: 213/330-4501

*Counsel for Defendant ADT LLC*

I hereby certify that on the 10th day of March 2023, I will cause to be served via electronic transmission a true copy of the foregoing document to each of the counsel listed above to his/her respective e-mail address as listed herein.

I declare under penalty under the laws of the United States of America that the above is true and correct. Executed on March 10, 2023, in Los Angeles, California.

/s/ Jason Ming
Jason C. Ming, Esq.
**VAKILI & LEUS, LLP**
*Counsel for Plaintiff Timothy H. Jones*